**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEAL SEARCH WARRANT AFFIDAVIT | CASE NO. 2:13-SW-0487 AC<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: _____July 30, 2013_____

_____
Hon. Allison Claire
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS       1